## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

UNITED STATES OF AMERICA

v.

ANGEL CRUZ
HARRY WILLIAM MARRERO

Case No. 6:08-cr- |ᔆᔆ-DRL-19DAT3

18 U.S.C. § 371
18 U.S.C. § 1344
18 U.S.C. § 982(a)(2)(A) - Forfeiture

## INDICTMENT

The Grand Jury charges:

## INTRODUCTION

At all times relevant to this Indictment:

1.    The Federal Deposit Insurance Corporation was an agency of the United States, established to protect depositors against substantial loss and thus to instill public confidence in the nation's banks and prevent bank collapse.

2.    Bank of America was a financial institution, the accounts and deposits of which were insured by the Federal Deposit Insurance Corporation.

## COUNT ONE

### A. Introduction

3.    The allegations contained in paragraphs 1 and 2 of this Indictment are hereby realleged and incorporated herein by reference.

4.    Beginning on or about a date unknown, and continuing until on or about the filing of this Indictment, in Orange County, Florida, in the Middle District of Florida, and elsewhere,

**ANGEL CRUZ,**
**and**
**HARRY WILLIAM MARRERO**

the defendants herein, did unlawfully, willfully, and knowingly combine, conspire, confederate and agree with each other and others known and unknown to the Grand Jury to commit the following offenses against the United States:

To knowingly execute and attempt to execute a scheme and artifice to defraud Bank of America, a federally insured financial institution, and to obtain, by means of false and fraudulent pretenses, representations and promises, the moneys, funds, assets and property owned by, and under the custody and control of, Bank of America, a federally insured financial institution, in violation of Title 18, United States Code, Section 1344.

### B. Manner and Means

5. It was a part of the conspiracy that **ANGEL CRUZ, HARRY WILLIAM MARRERO** engaged in a scheme by which **ANGEL CRUZ** manufactured false and fictitious drafts to be deposited by **HARRY WILLIAM MARRERO** and an unindicted coconspirator into a bank account that had been opened at Bank of America.

6. It was a further part of the conspiracy that **ANGEL CRUZ** used "The United Cities" ("TUC") to prepare the fictitious drafts that were to be deposited.

7. It was a further part of the conspiracy that **ANGEL CRUZ** created a fictitious American Banking Association (ABA) routing number that was used on the TUC drafts for which **ANGEL CRUZ** was the maker and that were to be deposited.

2

8.     It was a further part of the conspiracy that **HARRY WILLIAM MARRERO**
opened bank accounts at Bank of America in Orange County, Florida, in the name of
"Orlando Escrow Services, Inc.," for the purpose of depositing the fictitious drafts.

9.     It was a further part of the conspiracy that **HARRY WILLIAM MARRERO**
and an unindicted coconspirator deposited six of the fictitious drafts that had been
prepared by **ANGEL CRUZ** into one of the bank accounts that had been opened at
Bank of America.

10.    It was a further part of the conspiracy that **ANGEL CRUZ** and **HARRY
WILLIAM MARRERO** deposited the fictitious drafts, and caused them to be deposited,
into the account at Bank of America to obtain money and funds from that federally
insured financial institution.

## C. Overt Acts

11.    In furtherance of the conspiracy and to effect the objects thereof, the
following overt acts were committed within the Middle District of Florida and elsewhere:

a.     On or about May 28, 2008, **HARRY WILLIAM MARRERO** opened
three (3) business accounts at the Bank of America branch located at 7605 Aloma
Avenue, Winter Park, Florida, in the Middle District of Florida.

b.     On or about June 20, 2008, **HARRY WILLIAM MARRERO**
presented Articles of Incorporation and corporate minutes for TUC and requested that a
new business account be opened at the Bank of America located at 7605 Aloma
Avenue, Winter Park, Florida, in the name of Orlando Escrow Services Inc.  The

3

account number given to this account was *******1777.  For purposes of this Indictment this account will be referred to as the "OES Account."

      c.     On or about June 20, 2008, **HARRY WILLIAM MARRERO** presented to Bank of America located at 7605 Aloma Avenue, Winter Park, Florida, a fictitious draft for $8,530,137.00 as the initial deposit into the OES Account.

      d.     On or about June 26, 2008, **HARRY WILLIAM MARRERO** made five (5) additional deposits of fictitious drafts into OES Account number *******1777 at the Bank of America, Downtown Orlando Banking Center branch, located in Orlando, Florida.

All in violation of Title 18, United States Code, Section 371.

## COUNTS TWO THROUGH SEVEN

12.     The allegations contained in paragraphs 1 and 2 of this Indictment are hereby realleged and incorporated herein by reference.

13.     Beginning on or about a date unknown and continuing until on or about the filing of this Indictment, in Orange County, Florida, in the Middle District of Florida, and elsewhere,

**ANGEL CRUZ,**
**and**
**HARRY WILLIAM MARRERO**

the defendants herein, aiding and abetting each other, did knowingly execute and attempt to execute a scheme and artifice to defraud Bank of America and to obtain moneys, funds, and credits owned by and under the custody and control of Bank of

4

America by means of false and fraudulent pretenses, representations, and promises, which scheme and artifice to defraud is described as follows:

## A. **Manner and Means**

14.    The substance of the scheme and artifice to defraud and its manner and means are set forth in paragraphs 5 through 10 of Count One of the Indictment, the allegations of which are repeated and realleged as if fully set forth herein.

## B. **Executions of the Scheme**

15.    On or about the dates listed below, in Orange County, Florida, in the Middle District of Florida,

**ANGEL CRUZ,**
**and**
**HARRY WILLIAM MARRERO**

the defendants herein, aiding and abetting each other, knowingly executed and attempted to execute the scheme and artifice to defraud Bank of America, as described above, by knowingly depositing false and fictitious drafts into an account controlled by the defendants at Bank of America, to wit, account number *******1777, when, as the defendants then and there well knew, the drafts were false and fictitious, as follows:

| COUNT | DRAFT | DATE | ISSUER | SPECIAL NOTES | PAYEE | AMOUNT |
|-------|-------|------|--------|---------------|-------|--------|
| Two | 21005 | 6/19/08 | The United Cities Group, Inc. | Operating Account, TUC Private Currency Office | Orlando Escrow Services, Inc. | $8,530,137 |

5

| Three | 21004 | 6/26/08 | The United Cities Group, Inc. | Operating Account, TUC Private Currency Office | Orlando Escrow Services, Inc. | $5,850,000 |
|-------|-------|---------|-------------------------------|-----------------------------------------------|-------------------------------|------------|
| Four | 21007 | 6/26/08 | The United Cities Group, Inc. | Operating Account, TUC Private Currency Office | Orlando Escrow Services, Inc. | $50,000,000 |
| Five | 21008 | 6/26/08 | The United Cities Group, Inc. | Operating Account, TUC Private Currency Office | Orlando Escrow Services, Inc. | $50,000,000 |
| Six | 21009 | 6/26/08 | The United Cities Group, Inc. | Operating Account, TUC Private Currency Office | Orlando Escrow Services, Inc. | $50,000,000 |
| Seven | 21010 | 6/26/08 | The United Cities Group, Inc. | Operating Account, TUC Private Currency Office | Orlando Escrow Services, Inc. | $50,000,000 |

All in violation of Title 18, United States Code, Sections 1344 and 2.

## FORFEITURES

1.      The allegations contained in Counts One through Seven of this Indictment are hereby realleged and incorporated by reference for the purpose of alleging

forfeitures pursuant to the provisions of Title 18, United States Code, Sections 982(a)(2)(A).

    2.    From their engagement in the violations alleged in Counts One through Seven of this Indictment, punishable by imprisonment for more than one year, the defendants,

**ANGEL CRUZ,**
**and**
**HARRY WILLIAM MARRERO**

shall forfeit to the United States of America, pursuant to Title 18, United States Code, Section 982(a)(2)(A), any and all right, title, and interest they have in any property constituting, or derived from, proceeds the person obtained directly or indirectly, as a result of such violation of Title 18, United States Code, Section 1344.

    3.    If any of the property described above, as a result of any act or omission of the defendants:

        a.    cannot be located upon the exercise of due diligence;

        b.    has been transferred or sold to, or deposited with, a third party;

        c.    has been placed beyond the jurisdiction of the court;

        d.    has been substantially diminished in value; or

        e.    has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property under the provisions of Title 21, United States Code, Section 853(p), as incorporated by Title 18, United States Code, Section 982(b)(1).

A TRUE BILL,

Foreperson

Dominic Lorenti JR

ROBERT E. O'NEILL
United States Attorney

By: Carlos A. Perez-Irizarry
Assistant United States Attorney

By: Roger B. Handberg
Assistant United States Attorney
Chief, Orlando Division