# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**UNITED STATES OF AMERICA**

-vs-                                                         Case No.  6:08-cr-177-Orl-98DAB

**HARRY WILLIAM MARRERO**

---

## REPORT AND RECOMMENDATION
## CONCERNING PLEA OF GUILTY

The Defendant, by consent, has appeared before me pursuant to Rule 11, F.R.Cr.P. and Rule

6.01(c)(12), Middle District of Florida Local Rules, and has entered a plea of guilty to Counts 1, 2,

3, 4, 5, 6 and 7 of the Indictment.   After cautioning and examining the Defendant under oath

concerning each of the subjects mentioned in Rule 11, I determined that the guilty plea was

knowledgeable and voluntary and that the offenses charged are supported by an independent basis in

fact containing each of the essential elements of such offense.  I therefore recommend that the plea

agreement and the plea of guilty be accepted and that the Defendant be adjudged guilty and have

sentence imposed accordingly.  The Defendant is in custody of the U.S. Marshal pending sentencing.

Date:   September 25, 2008

DAVID A. BAKER
UNITED STATES MAGISTRATE JUDGE

### NOTICE
Failure to file written objections to this Report and Recommendation within ten (10) days from the
date of its service shall bar an aggrieved party from attacking such Report and Recommendation before the
assigned United States District Judge.  28 U.S.C. Section 636(b)(1)(B), Rule 6.02 Middle District of Florida
Local Rules.
Copies furnished to:
Presiding District Judge, Courtroom Deputy, United States Attorney, United States Probation Office,
Defendant