UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA

v.                                          CASE NO. 6:08-cr-177-Orl-35DAB

HARRY WILLIAM MARRERO

**MOTION BY THE UNITED STATES FOR
DOWNWARD DEPARTURE OF DEFENDANT'S SENTENCE
BASED UPON SUBSTANTIAL ASSISTANCE**

Pursuant to the provisions of Section 5K1.1 of the United States Sentencing Guidelines, Title 18, United States Code, Section 3553(e), and Rule 35 of the Federal Rules of Criminal Procedure, the United States moves this Court to grant a Two-level reduction in the defendant's offense level, and in support thereof states as follows: Defendant proffered shortly after his initial appearance and indicated a desire to cooperate with the government and assist in the efforts to locate his co-defendant Angel Cruz. During his proffer, Marrero indicated that the individual who accompanied him to deposit the check was not part of the conspiracy.

Marrero disclosed the extent of the scheme to defraud and its relation to a matter which is now under investigation. Marrero also explained Cruz's involvement and participation in the matter subject of the Indictment. As part of his cooperation, Marrero through his attorney, turned over to the Secret Service a computer.

The information provided by Marrero up to date is considered valuable by the case agent and the prosecuting AUSA and law enforcement activities will take place as a result of it.

## MEMORANDUM OF LAW

The Court, on motion of the government, may reduce a defendant's sentence to reflect a defendant's substantial assistance. USSG §5K1.1. Here, defendant Harry William Marrero provided truthful and timely information to the United States which resulted in one of his co-defendants pleading guilty.

The United States believes that, because of his efforts on behalf of the United States, Harry William Marrero should receive a Two-level reduction in his offense level for his assistance.

## CONCLUSION

For the foregoing reasons, this Court should grant the government's motion for downward departure of defendant's sentence.

    Respectfully submitted,

    A. BRIAN ALBRITTON
    United States Attorney


By:    *s/ Carlos A. Perez-Irizarry*
       Carlos A. Perez-Irizarry
       Assistant United States Attorney
       Florida Bar Number 0861251
       501 West Church Street, Suite 300
       Orlando, Florida 32805
       Telephone:  (407) 648-7500
       Facsimile:   (407) 648-7643
       E-mail:      carlos.perez5@usdoj.gov

U.S. v. HARRY WILLIAM MARRERO                Case No. 6:08-cr-177-Orl-35DAB

## **CERTIFICATE OF SERVICE**

I hereby certify that on December 31, 2008, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

 Stephen J. Langs, Esq.

             ***s/ Carlos A. Perez-Irizarry***
             Carlos A. Perez-Irizarry
             Assistant United States Attorney
             Florida Bar No. 0861251
             501 West Church Street, Suite 300
             Orlando, Florida  32805
             Telephone:   (407) 648-7500
             Facsimile:   (407) 648-7643
             E-mail:   carlos.perez5@usdoj.gov