UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA                         CASE NO 6:08-CR-177-ORL-35DAB

v

HARRY WILLIAM MARRERO

MR MARRERO'S NOTICE OF FILING

**A COMPETENCY HEARING** in this case is set for Monday afternoon, June 22, 2009 at 2:00 pm.  Undersigned has received a copy of the mental health report from Miami in this cause and after review of same, hereby gives notice that Mr Marrero does not intend to challenge or litigate the issue of competency.  Thus, there would be no need for a competency hearing in this matter.

All that need now take place is sentencing; Mr Marrero would humbly ask the Court to schedule sentencing.  (However, as of the filing of this pleading, it is undersigned's understanding that Mr Marrero remains in Miami in the Southern District of Florida.  As such, undersigned humbly suggests a sentencing hearing scheduled for some time after July 4, 2009 to allow Mr Marrero's transport back to Orlando by the Marshals.)

**I HEREBY CERTIFY** that the foregoing notice was electronically filed this the 19th day of June, 2009 with the Clerk of Court, Middle District of Florida using the Court's CM/ECF system and as such the Clerk will provide electronic notice to the attention of Assistant United States Attorney Carlos Perez at carlos.perez5@usdoj.gov.

DONNA LEE ELM
FEDERAL PUBLIC DEFENDER

\s *Stephen J Langs*

**Stephen J. Langs**
**Assistant Federal Defender**
Florida Bar No 0137227
201 South Orange Avenue, Suite 300
Orlando, Florida 32801
(407) 648-6338
(407) 648-6765 (fax)
stephen_langs@fd.org