UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA

v.  Case No. 6:08-cr-177-Orl-19DAB

HARRY WILLIAM MARRERO

**UNITED STATES RESPONSE TO DEFENDANT'S REQUEST
TO CANCEL HEARING AND SETTING OF SENTENCING DATE**

COMES NOW the United States, acting through the undersigned Assistant United States Attorney, and respectfully states that the United States has no objection to defendant's request filed at Doc. 65.

Dated: June 19, 2009

    Respectfully submitted,

    A. BRIAN ALBRITTON
    United States Attorney

By:  *s/ Carlos A. Perez-Irizarry*
    Carlos A. Perez-Irizarry
    Assistant United States Attorney
    Florida Bar No. 0861251
    501 West Church Street, Suite 300
    Orlando, Florida  32805
    Telephone:   (407) 648-7500
    Facsimile:   (407) 648-7643
    E-mail:      carlos.perez5@usdoj.gov

**U.S. v. HARRY WILLIAM MARRERO**         Case No. 6:08-cr-177-Orl-19DAB

## CERTIFICATE OF SERVICE

I hereby certify that on June 19, 2009, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

Stephen J. Langs

*s/ Carlos A. Perez-Irizarry*
Carlos A. Perez-Irizarry
Assistant United States Attorney
Florida Bar No. 0861251
501 West Church Street, Suite 300
Orlando, Florida  32805
Telephone:   (407) 648-7500
Facsimile:   (407) 648-7643
E-mail:   carlos.perez5@usdoj.gov