# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**UNITED STATES OF AMERICA**                    **CASE NO 6:08-CR-177-ORL-35DAB**

**v**

**HARRY WILLIAM MARRERO**

### MR MARRERO'S SECOND MOTION FOR DOWNWARD DEPARTURE, PURSUANT TO USSG § 5K2.13

**SENTENCING IN THIS CAUSE** is scheduled for Thursday morning, August 13, 2009 at 10:30 am.  Mr Marrero has previously filed a sentencing memorandum and another motion for downward departure.  By this instant pleading, Mr Marrero would respectfully move this Honorable Court to grant a downward departure in his applicable Guidelines calculation; or, in the alternative, to grant a downward sentencing variance below the suggested Guidelines prison range.  The motion for downward departure is based in USSG § 5K2.13.

Section 5K2.13 says, "A downward departure may be warranted if (1) the defendant committed the offense while suffering from a significantly reduced mental capacity; and (2) the significantly reduced mental capacity contributed substantially to the commission of the offense." In light of the record before the Court, Mr Marrero humbly posits that the Court would be justified in granting both a downward departure from the Guidelines as well as variance sentence because he meets the criteria of section 5K2.13.

Indeed, in his report, Dr Alan Berns concluded: "It is my opinion within a reasonable degree of medical certainty that this defendant suffers from a mood disorder and most likely that of bipolar affective disorder with mixed manic and depressed features and that as a result of his experiencing mania he has been involved with financial schemes in which he has felt powerful and a financial

wizard *and that his illness makes him susceptible unfortunately to becoming involved with such crimes*." (Dr Berns's written report, dated January 24, 2009)(emphasis added).

In connection therewith, Mr Marrero underwent an additional meeting with Dr Danziger following his return from the Bureau of Prisons in Miami. Attached herewith for the Court's review and in support of his motion for downward departure per USSG § 5K2.13 is Dr Danziger's follow-up and supplementary written report, in which Dr Danziger states:

> In summary, it is my opinion that at the time of the offense to which the defendant has pled he was suffering from Bipolar Disorder, mania with grandiose delusions and beliefs. As a result of these grandiose delusions and beliefs, the defendant acted in an odd and peculiar fashion and his ability to appreciate and comprehend the criminal nature of his conduct was substantially impaired. It is my opinion that the mental illness resulted in a significantly reduced mental capacity which contributed substantially to the commission of the offense. It is my opinion, from a psychiatric standpoint, that the defendant would qualify under Section 5K2.13 for diminished capacity.

As Dr Danziger noted in his written report, the Magistrate Judge commented in this case at the change of plea and detention hearing that Mr Marrero's behavior "seemed so bizarre as to boggle the mind." As such, Mr Marrero humbly prays that this Honorable Court grant him a downward departure in his Guidelines score as well as a variant sentence well below the suggested prison range.

**WHEREFORE Mr Marrero** respectfully asks of this Honorable Court to grant his motion for downward departure and to impose a variant sentence well below the suggested Guidelines range.

**DONNA LEE ELM**
**FEDERAL PUBLIC DEFENDER**

\s *Stephen J Langs*

**Stephen J. Langs**
**Assistant Federal Defender**
Florida Bar No 0137227
201 South Orange Avenue, Suite 300
Orlando, Florida 32801
(407) 648-6338
(407) 648-6765 (fax)
stephen_langs@fd.org

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the foregoing motion for downward departure was electronically filed with the Clerk of Court, Middle District of Florida using the Court's CM/ECF system on this the 10th day of August, 2009 and as such the Clerk will provide electronic notice to the attention of Assistant United States Attorney Carlos Perez.

**DONNA LEE ELM**
**FEDERAL PUBLIC DEFENDER**

\s *Stephen J Langs*

**Stephen J. Langs**
**Assistant Federal Defender**
Florida Bar No 0137227
201 South Orange Avenue, Suite 300
Orlando, Florida 32801
(407) 648-6338
(407) 648-6765 (fax)
stephen_langs@fd.org

# PSYCHIATRIC AFFILIATES, P.A.

## JEFFREY A. DANZIGER, M.D.

*Diplomate, American Board of Psychiatry and Neurology*
*With added qualifications in Forensic, Geriatric and Addiction Psychiatry*

August 9, 2009

Stephen J. Langs
Assistant Federal Defender
Office of the Federal Defender
Orlando Division
Seasize Plaza, Suite 300
201 South Orange Avenue
Orlando, Florida 32801-3406

RE:      USA v. Harry William Marrero
       CASE#:   6:08-CR-177-ORL-35DAB

Dear Langs:

Pursuant to your request, I conducted a psychiatric re-evaluation of your client, Harry Marrero. Mr. Marrero is a 54-year-old Hispanic man who has plead guilty to seven counts of bank fraud. I was asked by your office to re-evaluate this defendant, review additional information and opine as to whether or not there are any psychiatric or mental health issues that would be relevant towards sentence mitigation. For the purpose of conducting this examination, I met for the second time with Mr. Marrero on August 1, 2009, at the Orange County Jail. I also reviewed my earlier report from January 10, 2009.

Before the interview began, I explained to the defendant that I was not there to see him for any treatment, but only for an evaluation requested by his attorney. I explained that whatever he told me would appear in a written report which would be sent only to his attorney. He and his attorney would, in turn, decide whether the report would be released to any third parties.

REVIEW OF DOCUMENTS:

I reviewed the PreSentence Report. On September 25, 2008, the defendant appeared before United States Magistrate Judge David A. Baker, pleading guilty to seven counts of bank fraud. The defendant is accused of presenting over $200,000,000.00 worth of checks to the Downtown Orlando branch of the Bank of America. These checks were drawn on the United City's Group, Incorporated (TUC, Inc.). However, the bank determined that the checks were irregular, and that the routing number on the draft was fictitious. Shortly thereafter, the bank received FAX'd copies of a letter issued by TUC to the Department of the Treasury, stating, "TUC offers to recapitalize and securitize the financial system of the United States through the financial mechanism of TUC." When the checks were not processed, the CEO of this company (Mr. Cruz, not this defendant) then threatened to file suit. Ultimately, Mr. Cruz apparently manufactured

2300 Maitland Center Parkway, Suite 230 ▪ Maitland, Florida 32751
Phone (407) 679-6400 ▪ Fax (407) 679-7988

STEPHEN J. LANGS
RE: HARRY WILLIAM MARRERO
PAGE: 2

false and fictitious drafts that were deposited by this defendant, Harry Marrero. Mr. Marrero was accused of knowing that the drafts were false and fictitious with an intended loss of over $214,000,000.00.

On September 25, 2008, Mr. Marrero appeared before The Honorable David A. Baker, United States Magistrate Judge. The defendant told the Court that his mental competency had never been challenged, that he had never been addicted to alcohol or drugs, and he had never suffered from "any mental or emotional instability." The defendant stated that he understood the charges against him, and pled guilty because "I believe I'm guilty." The defendant told the judge that he deposited the drafts, knowing that they were not legitimate. The Court, in turn, accepted the plea, finding that the plea had been made knowingly, intelligently, and voluntarily. The United States Attorney's Office asked that the defendant remained incarcerated, given that he had been on supervised release from a 1995 financial offense. The Court expressed their concern that the defendant had 15 years earlier been convicted of a similar offense, was given a lengthy sentence, served the sentence, was out on release, and was once again appearing before the Court. The judge stated, "His behavior in having brought him here that he just pled to, given that history, seems so bizarre as to boggle the mind and gives me great pause as to whether he understands and is likely to abide by conditions if I were to set them." The Court ultimately determined that the defendant was to be detained as a risk of flight, based on "a history of not following the Court restrictions."

The defendant had previously been charged in 1995 with conspiracy to commit mail fraud, wire fraud, money laundering, transporting interstate commerce, property taken by fraud, and to corruptly impede and obstruct justice in proceedings of a governmental agency. There were several other charges and the net result was that the defendant was sentenced to 168 months in federal prison, to be followed by a 36-month term of supervised release. The defendant was on supervised release from this 1995 conviction when he was accused of the present offense.

I reviewed a motion filed by The Bank of America acting as plaintiff against the defendant, United Cities Group. The Bank of America described The United Cities Group (TUC) as a radical antitax organization. TUC had apparently been making threats to seize The Bank of America and also been depositing drafts drawn on their own TUC bank. Mr. Cruz, the Chief Executive Officer of TUC, attempted to present The Bank of America with an Order in Writ issued from its own court to seize The Bank of America's assets. The Bank of America then appealed to The United States Court for relief from such actions on the part of TUC.

I reviewed a typed letter authored by Terry Bridie, a friend of Mr. Marrero. She wrote, "How could an allegedly brilliant, intelligent, and prudent man, that was on supervised release after being falsely convicted of a crime that he didn't commit, be so stupid as to walk into a bank with six different $50,000,000.00 drafts and actually think and believe that any prudent person, judge, or governmental official would believe that he was in his right state of mind?" Ms. Bridie seemed to think that the responsibility for this peculiar behavior may lie with the defendant's religious upbringing.

STEPHEN J. LANGS
RE: HARRY WILLIAM MARRERO
PAGE: 3

I reviewed my earlier report from January 10, 2009. At that time I obtained significant background and social history pertaining to Mr. Marrero. He denied any history of substance abuse and denied any history of psychiatric treatment. However, Mr. Marrero described episodes of depression where he was extremely morose, lethargic and withdrawn. These episodes may last over a month and during that time he hardly showers or shaves and pays little attention to hygiene. While there is no history of suicide attempts, he admitted during these times to seeing little point to living. He also described episodes of elated mood and euphoria. During these periods he would go without sleep, and have grandiose ideas including the belief that he had invented new financial instruments. I opined that the defendant gave a history suggestive of Bipolar Disorder. When I met with him on January 10, 2009, he was not demonstrating any active symptoms of either mania or depression (this is not unusual in Bipolar Disorder which is a remitting and relapsing illness with long periods of a normal mood state). I wrote, "If Mr. Marrero does truly suffer from Bipolar Disorder and if his Bipolar Disorder was active at the time of the offense to which he has pled, then there is the potential for mitigation."

The defendant was seen by Dr. Alan Berns, a forensic psychiatrist, on February 3, 2009. Dr. Berns reached a similar conclusion, agreeing with me that the defendant suffered from Bipolar Disorder. Dr. Berns obtained a history of depressive episodes with insomnia, neglecting hygiene, fatigue and decreased appetite with low self-esteem and impaired concentration. Dr. Berns also wrote, "The defendant reports having a history of experiencing mood swings, racing thoughts and having excess energy where he can stay up for three to four days continuously without sleeping. He reports having a history of rages in which he will yell. He reports having a history of shopping sprees in which he has spent thousands of dollars on electronics and software that he did not need. The defendant states that he does take on too many projects at the same time and does not complete them. He reports that at times he feels superior and invincible with regard to his intelligence and abilities." Dr. Berns opined that the defendant had a history of Bipolar Disorder which included grandiose ideation, possibly delusional, involving belief that he is a genius, made millions of dollars for others and invented financial concepts such as the common law contract. Dr. Berns opined that the defendant was demonstrating active symptoms of mental illness and recommended treatment with medications. Dr. Berns concluded by stating, "It is my opinion within a reasonable degree of medical certainty that this defendant suffers from a mood disorder and most likely that of Bipolar Affective Disorder with mixed manic and depressed features and that as a result of his experiencing mania he has been involved with financial schemes in which he has felt powerful and a financial wizard and that his illness makes him susceptible unfortunately to becoming involved with such crimes."

The defendant was sent to the Federal Detention Center in Miami, Florida for a competency to stand trial evaluation. Jorge Luis, Psy.D., a forensic psychologist, opined that the defendant did not suffer from any Axis I diagnosis with the exception of an Anxiety Disorder, Not Otherwise Specified. Dr. Luis was of the opinion that the defendant's primary problem involved personality and character pathology in the antisocial and narcissistic arenas. Psychological testing did not suggest any attempts to portray himself either in a positive or negative light and there were no

STEPHEN J. LANGS
RE: HARRY WILLIAM MARRERO
PAGE: 4

signs of an attempt to malinger mental illness. I did not see the raw data from these tests, but the defendant did endorse items indicative of symptoms of depression, anxiety and a moderate level of persecutory ideation and paranoia. Dr. Luis was of the opinion that these findings reflected a mixed personality profile and did not reach a diagnosis of any mood or psychotic disorder.

AUGUST 1, 2009 MEETING WITH THE DEFENDANT:

I met with the defendant for approximately one hour on August 1, 2009, at the Orange County Jail. The defendant, as I met with him, did not demonstrate active symptoms of mental illness. His mental status examination showed him to be calm and cooperative. Speech was of a regular rate and rhythm and motor behavior was normal. His flow of thought was logical and sequential. He denied auditory, visual or tactile hallucinations. He did not demonstrate any current paranoid, grandiose or religious delusions. He did not present with active symptoms of either mania or depression. He was fully oriented with a clear sensorium and his intellect appeared in the above average range.

The defendant also did not demonstrate any symptoms nor make any statements that caused me to question his competency to proceed to sentencing. He understood what he had pled guilty to, understood the likely outcome and sentence he was facing and was able to describe for me, in a reasonable way, a sound working knowledge of the legal process. The defendant did not demonstrate any paranoid or persecutory ideas about the legal system or his attorney, and in my opinion, is capable of working with his attorney, assisting his attorney with the defense and participating in the legal process.

I asked the defendant once again to go over with me how he arrived in his current predicament. The defendant explained that he served thirteen years in prison for financial crimes, was out of prison for two years and was still under supervision when he acquired the new charges. He explained that he was given the drafts by Angel Cruz who told him to wait for further instructions as to when to deposit these drafts in the escrow account. Mr. Cruz subsequently told him to deposit the drafts and Mr. Marrero did so. Mr. Marrero states that he did not create the drafts, did not sign them and had no authority over the account. He explained that Angel Cruz was the Chairman of the United Cities Group. Mr. Marrero was working as an independent contractor and provided telecommunication services.

I asked the defendant how he came to deposit well over $200,000,000 dollars in drafts. I asked the defendant if he ever asked Mr. Cruz about this large sum of money. Mr. Marrero stated that Mr. Cruz told him he had an arrangement with the United States Treasury and that when the drafts were deposited, the United States Treasury would issue instructions to the Bank of America to honor and pay the drafts.

The defendant stated that at the time there were all sorts of news accounts about the coming collapse of the financial system. The mortgage crisis was evolving, and the defendant then commented to me about problems with the banks of Scotland, Sweden, Norway and England.

STEPHEN J. LANGS
RE: HARRY WILLIAM MARRERO
PAGE: 5

The defendant then said that he viewed this information from the media and financial reporters through the prism of his views as a Jehovah's witness. The defendant stated, "It made sense to me. The end of the financial system, this was the end times that were prophecised." The defendant stated that Mr. Cruz was also of the same faith and he stated that the United Cities Group was for the benefit of the world. The defendant was looking at the news, believed that the system was coming to an end and that the end of the world was imminent. He believed that the deal Mr. Cruz had with the U.S. Treasury was genuine. The defendant stated that he was excited and was witnessing that bible prophecies were coming true. At the time, he was not sleeping much and getting by on only two or three hours without any problem. He had increased energy, racing thoughts and an elated mood. He said he was too excited to sleep, and was regularly on the computer until 5:00 in the morning researching banking and finance. The defendant believed that his role was to help set up a new financial system from scratch when the current world financial system collapsed. The defendant believed he was working towards this goal in his work with the United Cities Group.

The defendant states, in retrospect, that his beliefs were improper and grandiose. He understands that he was not part of any plan to salvage the world's financial system and that the mortgage crisis and the financial troubles of recent years are not the prophecised end of times.

The defendant also stated that at the time he deposited the drafts he did not do anything to disguise himself. He did not give a false name, did not change his features and in fact went to the same branch bank where he regularly does his personal banking business. He did not attempt to take any of the money out for his own personal use, nor did he attempt to divert the funds anywhere else. He stated, "There was no subterfuge."

PHONE CONVERSATION WITH THERESA BRIDIE:

I spoke by telephone with Theresa Bridie on August 5, 2009. Mr. Bridie was in a long-term relationship with the defendant although she notes now that she no longer wishes to be involved with him. She stated, however, "I believe he is mentally ill and even though I'm not going to be with him anymore you should know how sick he really was."

Ms. Bridie gave a history that was consistent with Mr. Marrero's self-report. She described depressive spells where his mood was low, he would isolate himself, stay in bed and have nightmares. During these times he would neglect his hygiene. She also described periods where he had an elated mood although it could shift to intense irritability. During these periods he would talk fast, get by on less sleep and spend money recklessly. He also would engage at these times in grandiose thinking. He would speak of his plans to be a multi-millionaire and also talk of his inventions that would reform the banking system. He described himself as a Robin Hood for people in mortgage foreclosure and that his financial instruments would save people's homes. Ms. Bridie related that she has been telling people that Mr. Marrero has been mentally ill for a number of years, and that because of his mental illness she ultimately ended their relationship.

STEPHEN J. LANGS
RE: HARRY WILLIAM MARRERO
PAGE: 6

DIAGNOSIS:

Axis I:      Bipolar Disorder, Type I, Currently in Remission.
Axis II:     No diagnosis.
Axis III:    No diagnosis.
Axis IV:    Severity of stressors – Incarceration/legal charges.
Axis V:     Current GAF – 60.

DISCUSSION AND OPINIONS:

After reviewing all of the collateral data and speaking with Mr. Marrero again and Ms. Bridie, it remains my opinion that the defendant suffers from Bipolar Disorder. I do take note respectfully of Dr. Luis' differing opinion. Bipolar Disorder is a remitting and relapsing disorder, and it is not unusual for individuals to have long periods of time where the illness is dormant. However, the defendant's description of Bipolar Disorder seems quite genuine, and Ms. Bridie's report is quite consistent and dovetails with Mr. Marrero's self-report. I note also that the psychological testing did not show any attempt to malinger or exaggerate mental illness.

I take note of Judge Baker's comments on September 25, 2008, when he stated that the defendant's behavior "seemed so bizarre as to boggle the mind." I am in agreement with the court that the defendant's criminal conduct seems quite irrational and makes very little sense. As noted above, the defendant did not attempt to disguise himself, did not use any subterfuge, and did not attempt to divert any of these funds for his own personal use. Rather, he reportedly walked into his own bank branch with a gigantic sum of money to deposit.

The defendant's bizarre behavior does start to make sense if taken in the context of a manic episode. In his manic episodes, the defendant not only had racing thoughts, markedly increased energy and a decreased need for sleep but also had the grandiose beliefs that he was going to help restore the world financial system and also provide Robin Hood type relief to distressed homeowners. These grandiose beliefs dovetailed with his religious upbringing and the defendant interpreted what was happening as the prophecised end of times. It is in this context that the defendant's belief that over $200,000,000 of drafts could be deposited at a local bank branch was somehow a sensible thing to do.

It is my opinion that at the time of the alleged offense the defendant was suffering from a significantly reduced mental capacity. The defendant, in my opinion, was suffering from a Bipolar Disorder, Type I Mania with grandiose beliefs. As a result of this mental illness which resulted in a significantly reduced mental capacity, the significantly reduced mental capacity contributed to the commission of the offense. The mental illness was not the result of the voluntary use of drugs or alcohol nor did the offense involve actual violence or any threat of violent behavior.

In summary, it is my opinion that at the time of the offense to which the defendant has pled he

STEPHEN J. LANGS
RE: HARRY WILLIAM MARRERO
PAGE: 7

was suffering from Bipolar Disorder, mania with grandiose delusions and beliefs. As a result of these grandiose delusions and beliefs, the defendant acted in an odd and peculiar fashion and his ability to appreciate and comprehend the criminal nature of his conduct was substantially impaired. It is my opinion that the mental illness resulted in a significantly reduced mental capacity which contributed substantially to the commission of the offense. It is my opinion, from a psychiatric standpoint, that the defendant would qualify under Section 5K2.13 for diminished capacity.

Respectfully submitted,

Jeffrey A. Danziger, M.D.
JAD/gmts-ph



# Bipolar Disorder



## National Institute of Mental Health

U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES  •  National Institutes of Health



# Contents

What is bipolar disorder? .................................................... 1

What are the symptoms of bipolar disorder? ....................... 1

How does bipolar disorder affect someone over time? ......... 4

What illnesses often co-exist with bipolar disorder? ............ 6

What are the risk factors for bipolar disorder? .................... 6

    Genetics ............................................................................ 6

    Brain structure and functioning ...................................... 8

How is bipolar disorder diagnosed? .................................... 8

How is bipolar disorder treated? ........................................ 9

    Medications ..................................................................... 9

    Psychotherapy ................................................................ 16

    Other treatments ............................................................ 17

What can people with bipolar disorder expect from treatment? ... 19

How can I help a friend or relative who has bipolar disorder? ... 19

Support for caregivers ....................................................... 20

How can I help myself if I have bipolar disorder? ................ 20

Where can I go for help? ..................................................... 21

What if I or someone I know is in crisis? .............................. 21

Citations ............................................................................. 22

For more information on bipolar disorder ............................ 26



This booklet discusses bipolar disorder in adults. For information on bipolar disorder in children and adolescents, see the NIMH booklet, "Bipolar Disorder in Children and Teens: A Parent's Guide."

## What is bipolar disorder?



Bipolar disorder, also known as manic-depressive illness, is a brain disorder that causes unusual shifts in mood, energy, activity levels, and the ability to carry out day-to-day tasks. Symptoms of bipolar disorder are severe. They are different from the normal ups and downs that everyone goes through from time to time. Bipolar disorder symptoms can result in damaged relationships, poor job or school performance, and even suicide. But bipolar disorder can be treated, and people with this illness can lead full and productive lives.

Bipolar disorder often develops in a person's late teens or early adult years. At least half of all cases start before age 25.[1] Some people have their first symptoms during childhood, while others may develop symptoms late in life.

Bipolar disorder is not easy to spot when it starts. The symptoms may seem like separate problems, not recognized as parts of a larger problem. Some people suffer for years before they are properly diagnosed and treated. Like diabetes or heart disease, bipolar disorder is a long-term illness that must be carefully managed throughout a person's life.

## What are the symptoms of bipolar disorder?

People with bipolar disorder experience unusually intense emotional states that occur in distinct periods called "mood episodes." An overly joyful or overexcited state is called a manic episode, and an extremely sad or hopeless state is called a depressive episode. Sometimes, a mood episode includes symptoms of both mania and depression. This is called a mixed state. People with bipolar disorder also may be explosive and irritable during a mood episode.

Extreme changes in energy, activity, sleep, and behavior go along with these changes in mood. It is possible for someone with bipolar disorder to experience a long-lasting period of unstable moods rather than discrete episodes of depression or mania.

A person may be having an episode of bipolar disorder if he or she has a number of manic or depressive symptoms for most of the day, nearly every day, for at least one or two weeks. Sometimes symptoms are so severe that the person cannot function normally at work, school, or home.

Symptoms of bipolar disorder are described below.

| **Symptoms of mania or a manic episode include:** | **Symptoms of depression or a depressive episode include:** |
|---|---|
| **Mood Changes** | **Mood Changes** |
| • A long period of feeling "high," or an overly happy or outgoing mood | • A long period of feeling worried or empty |
| • Extremely irritable mood, agitation, feeling "jumpy" or "wired." | • Loss of interest in activities once enjoyed, including sex. |
| **Behavioral Changes** | **Behavioral Changes** |
| • Talking very fast, jumping from one idea to another, having racing thoughts | • Feeling tired or "slowed down" |
| • Being easily distracted | • Having problems concentrating, remembering, and making decisions |
| • Increasing goal-directed activities, such as taking on new projects | • Being restless or irritable |
| • Being restless | • Changing eating, sleeping, or other habits |
| • Sleeping little | • Thinking of death or suicide, or attempting suicide. |
| • Having an unrealistic belief in one's abilities | |
| • Behaving impulsively and taking part in a lot of pleasurable, high-risk behaviors, such as spending sprees, impulsive sex, and impulsive business investments. | |

In addition to mania and depression, bipolar disorder can cause a range of moods, as shown on the scale.



severe depression,
moderate depression, and
mild low mood

normal or
balanced mood

hypomania and
severe mania

One side of the scale includes severe depression, moderate depression, and mild low mood. Moderate depression may cause less extreme symptoms, and mild low mood is called dysthymia when it is chronic or long-term. In the middle of the scale is normal or balanced mood.

At the other end of the scale are hypomania and severe mania. Some people with bipolar disorder experience hypomania. During hypomanic episodes, a person may have increased energy and activity levels that are not as severe as typical mania, or he or she may have episodes that last less than a week and do not require emergency care. A person having a hypomanic episode may feel very good, be highly productive, and function well. This person may not feel that anything is wrong even as family and friends recognize the mood swings as possible bipolar disorder. Without proper treatment, however, people with hypomania may develop severe mania or depression.

During a mixed state, symptoms often include agitation, trouble sleeping, major changes in appetite, and suicidal thinking. People in a mixed state may feel very sad or hopeless while feeling extremely energized.

Sometimes, a person with severe episodes of mania or depression has psychotic symptoms too, such as hallucinations or delusions. The psychotic symptoms tend to reflect the person's extreme mood. For example, psychotic symptoms for a person having a manic episode may include believing he or she is famous, has a lot of money, or has special powers. In the same way, a person having a depressive episode may believe he or she is ruined and penniless, or has committed a crime. As a result, people with bipolar disorder who have psychotic symptoms are sometimes wrongly diagnosed as having schizophrenia, another severe mental illness that is linked with hallucinations and delusions.



People with bipolar disorder may also have behavioral problems. They may abuse alcohol or substances, have relationship problems, or perform poorly in school or at work. At first, it's not easy to recognize these problems as signs of a major mental illness.

## How does bipolar disorder affect someone over time?

Bipolar disorder usually lasts a lifetime. Episodes of mania and depression typically come back over time. Between episodes, many people with bipolar disorder are free of symptoms, but some people may have lingering symptoms.

Doctors usually diagnose mental disorders using guidelines from the *Diagnostic and Statistical Manual of Mental Disorders*, or DSM. According to the DSM, there are four basic types of bipolar disorder:

1. **Bipolar I Disorder** is mainly defined by manic or mixed episodes that last at least seven days, or by manic symptoms that are so severe that the person needs immediate hospital care. Usually, the person also has depressive episodes, typically lasting at least two weeks. The symptoms of mania or depression must be a major change from the person's normal behavior.

2. **Bipolar II Disorder** is defined by a pattern of depressive episodes shifting back and forth with hypomanic episodes, but no full-blown manic or mixed episodes.



3. **Bipolar Disorder Not Otherwise Specified (BP-NOS)** is diagnosed when a person has symptoms of the illness that do not meet diagnostic criteria for either bipolar I or II. The symptoms may not last long enough, or the person may have too few symptoms, to be diagnosed with bipolar I or II. However, the symptoms are clearly out of the person's normal range of behavior.

4. **Cyclothymic Disorder, or Cyclothymia**, is a mild form of bipolar disorder. People who have cyclothymia have episodes of hypomania that shift back and forth with mild depression for at least two years. However, the symptoms do not meet the diagnostic requirements for any other type of bipolar disorder.

Some people may be diagnosed with **rapid-cycling bipolar disorder**. This is when a person has four or more episodes of major depression, mania, hypomania, or mixed symptoms within a year.[2] Some people experience more than one episode in a week, or even within one day. Rapid cycling seems to be more common in people who have severe bipolar disorder and may be more common in people who have their first episode at a younger age. One study found that people with rapid cycling had their first episode about four years earlier, during mid to late teen years, than people without rapid cycling bipolar disorder.[3] Rapid cycling affects more women than men.[4]

Bipolar disorder tends to worsen if it is not treated. Over time, a person may suffer more frequent and more severe episodes than when the illness first appeared.[5] Also, delays in getting the correct diagnosis and treatment make a person more likely to experience personal, social, and work-related problems.[6]

Proper diagnosis and treatment helps people with bipolar disorder lead healthy and productive lives. In most cases, treatment can help reduce the frequency and severity of episodes.

## What illnesses often co-exist with bipolar disorder?



Substance abuse is very common among people with bipolar disorder, but the reasons for this link are unclear.[7] Some people with bipolar disorder may try to treat their symptoms with alcohol or drugs. However, substance abuse may trigger or prolong bipolar symptoms, and the behavioral control problems associated with mania can result in a person drinking too much.

Anxiety disorders, such as post-traumatic stress disorder (PTSD) and social phobia, also co-occur often among people with bipolar disorder.[8-10] Bipolar disorder also co-occurs with attention deficit hyperactivity disorder (ADHD), which has some symptoms that overlap with bipolar disorder, such as restlessness and being easily distracted.

People with bipolar disorder are also at higher risk for thyroid disease, migraine headaches, heart disease, diabetes, obesity, and other physical illnesses.[10, 11] These illnesses may cause symptoms of mania or depression. They may also result from treatment for bipolar disorder (see "Lithium and Thyroid Function" section on page 10).

Other illnesses can make it hard to diagnose and treat bipolar disorder. People with bipolar disorder should monitor their physical and mental health. If a symptom does not get better with treatment, they should tell their doctor.

## What are the risk factors for bipolar disorder?

Scientists are learning about the possible causes of bipolar disorder. Most scientists agree that there is no single cause. Rather, many factors likely act together to produce the illness or increase risk.

### Genetics

Bipolar disorder tends to run in families, so researchers are looking for genes that may increase a person's chance of developing the illness. Genes are the "building blocks" of heredity. They help control how the body and brain work and grow. Genes are contained inside a person's cells that are passed down from parents to children.

Children with a parent or sibling who has bipolar disorder are four to six times more likely to develop the illness, compared with children who do not have a family history of bipolar disorder.[12] However, most children with a family history of bipolar disorder will not develop the illness.

Genetic research on bipolar disorder is being helped by advances in technology. This type of research is now much quicker and more far-reaching than in the past. One example is the launch of the Bipolar Disorder Phenome Database, funded in part by NIMH. Using the database, scientists will be able to link visible signs of the disorder with the genes that may influence them. So far, researchers using this database found that most people with bipolar disorder had:[13]



- Missed work because of their illness
- Other illnesses at the same time, especially alcohol and/or substance abuse and panic disorders
- Been treated or hospitalized for bipolar disorder.

The researchers also identified certain traits that appeared to run in families, including:

- History of psychiatric hospitalization
- Co-occurring obsessive-compulsive disorder (OCD)
- Age at first manic episode
- Number and frequency of manic episodes.

Scientists continue to study these traits, which may help them find the genes that cause bipolar disorder some day.

But genes are not the only risk factor for bipolar disorder. Studies of identical twins have shown that the twin of a person with bipolar illness does not always develop the disorder. This is important because identical twins share all of the same genes. The study results suggest factors besides genes are also at work. Rather, it is likely that many different genes and a person's environment are involved. However, scientists do not yet fully understand how these factors interact to cause bipolar disorder.

### Brain structure and functioning



Brain-imaging studies are helping scientists learn what happens in the brain of a person with bipolar disorder.[14, 15] Newer brain-imaging tools, such as functional magnetic resonance imaging (fMRI) and positron emission tomography (PET), allow researchers to take pictures of the living brain at work. These tools help scientists study the brain's structure and activity.

Some imaging studies show how the brains of people with bipolar disorder may differ from the brains of healthy people or people with other mental disorders. For example, one study using MRI found that the pattern of brain development in children with bipolar disorder was similar to that in children with "multi-dimensional impairment," a disorder that causes symptoms that overlap somewhat with bipolar disorder and schizophrenia.[16] This suggests that the common pattern of brain development may be linked to general risk for unstable moods.

Learning more about these differences, along with information gained from genetic studies, helps scientists better understand bipolar disorder. Someday scientists may be able to predict which types of treatment will work most effectively. They may even find ways to prevent bipolar disorder.

## How is bipolar disorder diagnosed?



The first step in getting a proper diagnosis is to talk to a doctor, who may conduct a physical examination, an interview, and lab tests. Bipolar disorder cannot currently be identified through a blood test or a brain scan, but these tests can help rule out other contributing factors, such as a stroke or brain tumor. If the problems are not caused by other illnesses, the doctor may conduct a mental health evaluation. The doctor may also provide a referral to a trained mental health professional, such as a psychiatrist, who is experienced in diagnosing and treating bipolar disorder.

The doctor or mental health professional should conduct a complete diagnostic evaluation. He or she should discuss any family history of bipolar disorder or other mental illnesses and get a complete history of symptoms. The doctor or mental health professionals should also talk to the person's close relatives or spouse and note how they describe the person's symptoms and family medical history.

People with bipolar disorder are more likely to seek help when they are depressed than when experiencing mania or hypomania.[17] Therefore, a careful medical history is needed to assure that bipolar disorder is not mistakenly diagnosed as major depressive disorder, which is also called unipolar depression. Unlike people with bipolar disorder, people who have unipolar depression do not experience mania. Whenever possible, previous records and input from family and friends should also be included in the medical history.

## How is bipolar disorder treated?

To date, there is no cure for bipolar disorder. But proper treatment helps most people with bipolar disorder gain better control of their mood swings and related symptoms.[18-20] This is also true for people with the most severe forms of the illness.

Because bipolar disorder is a lifelong and recurrent illness, people with the disorder need long-term treatment to maintain control of bipolar symptoms. An effective maintenance treatment plan includes medication and psychotherapy for preventing relapse and reducing symptom severity.[21]

### Medications

Bipolar disorder can be diagnosed and medications prescribed by people with an M.D. (doctor of medicine). Usually, bipolar medications are prescribed by a psychiatrist. In some states, clinical psychologists, psychiatric nurse practitioners, and advanced psychiatric nurse specialists can also prescribe medications. Check with your state's licensing agency to find out more. 

Not everyone responds to medications in the same way. Several different medications may need to be tried before the best course of treatment is found.

Keeping a chart of daily mood symptoms, treatments, sleep patterns, and life events can help the doctor track and treat the illness most effectively. Sometimes this is called a daily life chart. If a person's symptoms change or if side effects become serious, the doctor may switch or add medications.

Some of the types of medications generally used to treat bipolar disorder are listed on the next page. Information on medications can change. For the most up to date information on use and side effects contact the U.S. Food and Drug Administration (FDA) at http://www.fda.gov.

1. **Mood stabilizing medications** are usually the first choice to treat bipolar disorder. In general, people with bipolar disorder continue treatment with mood stabilizers for years. Except for lithium, many of these medications are anti-convulsants. Anticonvulsant medications are usually used to treat seizures, but they also help control moods. These medications are commonly used as mood stabilizers in bipolar disorder:

   - Lithium (sometimes known as Eskalith or Lithobid) was the first mood-stabilizing medication approved by the U.S. Food and Drug Administration (FDA) in the 1970s for treatment of mania. It is often very effective in controlling symptoms of mania and preventing the recurrence of manic and depressive episodes.
   - Valproic acid or divalproex sodium (Depakote), approved by the FDA in 1995 for treating mania, is a popular alternative to lithium for bipolar disorder. It is generally as effective as lithium for treating bipolar disorder.[23, 24] Also see the section in this booklet, "Should young women take valproic acid?"
   - More recently, the anticonvulsant lamotrigine (Lamictal) received FDA approval for maintenance treatment of bipolar disorder.
   - Other anticonvulsant medications, including gabapentin (Neurontin), topi-ramate (Topamax), and oxcarbazepine (Trileptal) are sometimes prescribed. No large studies have shown that these medications are more effective than mood stabilizers.

   Valproic acid, lamotrigine, and other anticonvulsant medications have an FDA warning. The warning states that their use may increase the risk of suicidal thoughts and behaviors. People taking anticonvulsant medications for bipolar or other illnesses should be closely monitored for new or worsening symptoms of depression, suicidal thoughts or behavior, or any unusual changes in mood or behavior. People taking these medications should not make any changes with-out talking to their health care professional.

   ### Lithium and Thyroid Function

   People with bipolar disorder often have thyroid gland problems. Lithium treatment may also cause low thyroid levels in some people.[22] Low thyroid function, called hypothyroidism, has been associated with rapid cycling in some people with bipolar disorder, especially women.

   Because too much or too little thyroid hormone can lead to mood and energy changes, it is important to have a doctor check thyroid levels carefully. A person with bipolar disorder may need to take thyroid medication, in addition to medications for bipolar disorder, to keep thyroid levels balanced.

### Should young women take valproic acid?

Valproic acid may increase levels of testosterone (a male hormone) in teenage girls and lead to polycystic ovary syndrome (PCOS) in women who begin taking the medication before age 20.[25, 26] PCOS causes a woman's eggs to develop into cysts, or fluid filled sacs that collect in the ovaries instead of being released by monthly periods. This condition can cause obesity, excess body hair, disruptions in the menstrual cycle, and other serious symptoms. Most of these symptoms will improve after stopping treatment with valproic acid.[27] Young girls and women taking valproic acid should be monitored carefully by a doctor.

2. **Atypical antipsychotic medications** are sometimes used to treat symptoms of bipolar disorder. Often, these medications are taken with other medications. Atypical antipsychotic medications are called "atypical" to set them apart from earlier medications, which are called "conventional" or "first-generation" antipsychotics.

   - Olanzapine (Zyprexa), when given with an antidepressant medication, may help relieve symptoms of severe mania or psychosis.[28] Olanzapine is also available in an injectable form, which quickly treats agitation associated with a manic or mixed episode. Olanzapine can be used for maintenance treatment of bipolar disorder as well, even when a person does not have psychotic symptoms. However, some studies show that people taking olanzapine may gain weight and have other side effects that can increase their risk for diabetes and heart disease. These side effects are more likely in people taking olanzapine when compared with people prescribed other atypical antipsychotics.

   - Aripiprazole (Abilify), like olanzapine, is approved for treatment of a manic or mixed episode. Aripiprazole is also used for maintenance treatment after a severe or sudden episode. As with olanzapine, aripiprazole also can be injected for urgent treatment of symptoms of manic or mixed episodes of bipolar disorder.

   - Quetiapine (Seroquel) relieves the symptoms of severe and sudden manic episodes. In that way, quetiapine is like almost all antipsychotics. In 2006, it became the first atypical antipsychotic to also receive FDA approval for the treatment of bipolar depressive episodes.

   - Risperidone (Risperdal) and ziprasidone (Geodon) are other atypical antipsychotics that may also be prescribed for controlling manic or mixed episodes.

3. **Antidepressant medications** are sometimes used to treat symptoms of depression in bipolar disorder. People with bipolar disorder who take antidepressants often take a mood stabilizer too. Doctors usually require this because taking only an antidepressant can increase a person's risk of switching to mania or hypomania, or of developing rapid cycling symptoms.[29] To prevent this switch, doctors who prescribe antidepressants for treating bipolar disorder also usually require the person to take a mood-stabilizing medication at the same time.

Recently, a large-scale, NIMH-funded study showed that for many people, adding an antidepressant to a mood stabilizer is no more effective in treating the depression than using only a mood stabilizer.[30]

- Fluoxetine (Prozac), paroxetine (Paxil), sertraline (Zoloft), and bupropion (Wellbutrin) are examples of antidepressants that may be prescribed to treat symptoms of bipolar depression.

Some medications are better at treating one type of bipolar symptoms than another. For example, lamotrigine (Lamictal) seems to be helpful in controlling depressive symptoms of bipolar disorder.

### What are the side effects of these medications?

Before starting a new medication, people with bipolar disorder should talk to their doctor about the possible risks and benefits.



The psychiatrist prescribing the medication or pharmacist can also answer questions about side effects. Over the last decade, treatments have improved, and some medications now have fewer or more tolerable side effects than earlier treatments. However, everyone responds differently to medications. In some cases, side effects may not appear until a person has taken a medication for some time.

If the person with bipolar disorder develops any severe side effects from a medication, he or she should talk to the doctor who prescribed it as soon as possible. The doctor may change the dose or prescribe a different medication. People being treated for bipolar disorder should not stop taking a medication without talking to a doctor first. Suddenly stopping a medication may lead to "rebound," or worsening of bipolar disorder symptoms. Other uncomfortable or potentially dangerous withdrawal effects are also possible.

**FDA Warning on Antidepressants**

Antidepressants are safe and popular, but some studies have suggested that they may have unin-
tentional effects on some people, especially in adolescents and young adults. The FDA warning
says that patients of all ages taking antidepressants should be watched closely, especially during
the first few weeks of treatment. Possible side effects to look for are depression that gets worse,
suicidal thinking or behavior, or any unusual changes in behavior such as trouble sleeping,
agitation, or withdrawal from normal social situations. Families and caregivers should report any
changes to the doctor. The latest information from the FDA can be found at http://www.fda.gov.

The following sections describe some common side effects of the different types
of medications used to treat bipolar disorder.

*1. Mood Stabilizers*

In some cases, lithium can cause side effects such as:

- Restlessness
- Dry mouth
- Bloating or indigestion
- Acne
- Unusual discomfort to cold temperatures
- Joint or muscle pain
- Brittle nails or hair.[31]

Lithium also causes side effects not listed here. If extremely bothersome or
unusual side effects occur, tell your doctor as soon as possible.

If a person with bipolar disorder is being treated with lithium, it is important to
make regular visits to the treating doctor. The doctor needs to check the levels of
lithium in the person's blood, as well as kidney and thyroid function.

Common side effects of other mood stabilizing medications include:

- Drowsiness
- Dizziness
- Headache
- Diarrhea
- Constipation
- Heartburn
- Mood swings
- Stuffed or runny nose, or other cold-like symptoms.[32-37]

> These medications may also be linked with rare but serious side effects. Talk with the treating doctor or a pharmacist to make sure you understand signs of serious side effects for the medications you're taking.

### 2. Atypical Antipsychotics

Some people have side effects when they start taking atypical antipsychotics. Most side effects go away after a few days and often can be managed successfully. People who are taking antipsychotics should not drive until they adjust to their new medication. Side effects of many antipsychotics include:

- Drowsiness
- Dizziness when changing positions
- Blurred vision
- Rapid heartbeat
- Sensitivity to the sun
- Skin rashes
- Menstrual problems for women.



Atypical antipsychotic medications can cause major weight gain and changes in a person's metabolism. This may increase a person's risk of getting diabetes and high cholesterol.[38] A person's weight, glucose levels, and lipid levels should be monitored regularly by a doctor while taking these medications.

In rare cases, long-term use of atypical antipsychotic drugs may lead to a condition called tardive dyskinesia (TD). The condition causes muscle movements that commonly occur around the mouth. A person with TD cannot control these moments. TD can range from mild to severe, and it cannot always be cured. Some people with TD recover partially or fully after they stop taking the drug.

### 3. Antidepressants

The antidepressants most commonly prescribed for treating symptoms of bipolar disorder can also cause mild side effects that usually do not last long. These can include:

* Headache, which usually goes away within a few days.
* Nausea (feeling sick to your stomach), which usually goes away within a few days.
* Sleep problems, such as sleeplessness or drowsiness. This may happen during the first few weeks but then go away. To help lessen these effects, sometimes the medication dose can be reduced, or the time of day it is taken can be changed.
* Agitation (feeling jittery).
* Sexual problems, which can affect both men and women. These include reduced sex drive and problems having and enjoying sex.

Some antidepressants are more likely to cause certain side effects than other types. Your doctor or pharmacist can answer questions about these medications. Any unusual reactions or side effects should be reported to a doctor immediately.

For the most up-to-date information on medications for treating bipolar disorder and their side effects, please see the online NIMH Medications booklet at http://www.nimh.nih.gov/health/publications/medications/complete-publication.shtml.

#### Should women who are pregnant or may become pregnant take medication for bipolar disorder?

Women with bipolar disorder who are pregnant or may become pregnant face special challenges. The mood stabilizing medications in use today can harm a developing fetus or nursing infant.[39] But stopping medications, either suddenly or gradually, greatly increases the risk that bipolar symptoms will recur during pregnancy.[40]

Scientists are not sure yet, but lithium is likely the preferred mood-stabilizing medication for pregnant women with bipolar disorder.[40, 41] However, lithium can lead to heart problems in the fetus. Women need to know that most bipolar medications are passed on through breast milk.[41] Pregnant women and nursing mothers should talk to their doctors about the benefits and risks of all available treatments.

## Psychotherapy

In addition to medication, psychotherapy, or "talk" therapy, can be an effective treatment for bipolar disorder. It can provide support, education, and guidance to people with bipolar disorder and their families. Some psychotherapy treatments used to treat bipolar disorder include:

1. **Cognitive behavioral therapy (CBT)** helps people with bipolar disorder learn to change harmful or negative thought patterns and behaviors.

2. **Family-focused therapy** includes family members. It helps enhance family coping strategies, such as recognizing new episodes early and helping their loved one. This therapy also improves communication and problem-solving.

3. **Interpersonal and social rhythm therapy** helps people with bipolar disorder improve their relationships with others and manage their daily routines. Regular daily routines and sleep schedules may help protect against manic episodes.

4. **Psychoeducation** teaches people with bipolar disorder about the illness and its treatment. This treatment helps people recognize signs of relapse so they can seek treatment early, before a full-blown episode occurs. Usually done in a group, psychoeducation may also be helpful for family members and caregivers.

A licensed psychologist, social worker, or counselor typically provides these therapies. This mental health professional often works with the psychiatrist to track progress. The number, frequency, and type of sessions should be based on the treatment needs of each person. As with medication, following the doctor's instructions for any psychotherapy will provide the greatest benefit.

For more information, see the Substance Abuse and Mental Health Services Administration Web page on choosing a mental health therapist at http://mentalhealth.samhsa.gov/publications/allpubs/KEN98-0055/default.asp.

Recently, NIMH funded a clinical trial called the Systematic Treatment Enhancement Program for Bipolar Disorder (STEP-BD). This was the largest treatment study ever conducted for bipolar disorder (information at http://www.nimh.nih.gov/health/trials/practical/step-bd/index.shtml). In a study on psychotherapies, STEP-BD researchers compared people in two groups. The first group was treated with collaborative care (three sessions of psychoeducation over six weeks). The second group was treated with medication and intensive psychotherapy (30 sessions over nine months of CBT, interpersonal and social rhythm therapy, or family-focused therapy). Researchers found that the second group had fewer relapses, lower hospitalization rates, and were better able to stick with their treatment plans.[42] They were also more likely to get well faster and stay well longer.

NIMH is supporting more research on which combinations of psychotherapy and medication work best. The goal is to help people with bipolar disorder live symptom-free for longer periods and to recover from episodes more quickly. Researchers also hope to determine whether psychotherapy helps delay the start of bipolar disorder in children at high risk for the illness.

For more information on psychotherapy, visit the NIMH Web site at http://www.nimh.nih.gov/health/topics/treatment/index.shtml.

## Other treatments

1. **Electroconvulsive Therapy (ECT)**—For cases in which medication and/or psychotherapy does not work, electroconvulsive therapy (ECT) may be useful. ECT, formerly known as "shock therapy," once had a bad reputation. But in recent years, it has greatly improved and can provide relief for people with severe bipolar disorder who have not been able to feel better with other treatments.

   Before ECT is administered, a patient takes a muscle relaxant and is put under brief anesthesia. He or she does not consciously feel the electrical impulse administered in ECT. On average, ECT treatments last from 30–90 seconds. People who have ECT usually recover after 5–15 minutes and are able to go home the same day.[43]

   Sometimes ECT is used for bipolar symptoms when other medical conditions, including pregnancy, make the use of medications too risky. ECT is a highly effective treatment for severely depressive, manic, or mixed episodes, but is generally not a first-line treatment.

ECT may cause some short-term side effects, including confusion, disorientation, and memory loss. But these side effects typically clear soon after treatment. People with bipolar disorder should discuss possible benefits and risks of ECT with an experienced doctor.[44]

2. **Sleep Medications**—People with bipolar disorder who have trouble sleeping usually sleep better after getting treatment for bipolar disorder. However, if sleeplessness does not improve, the doctor may suggest a change in medications. If the problems still continue, the doctor may prescribe sedatives or other sleep medications.

People with bipolar disorder should tell their doctor about all prescription drugs, over-the-counter medications, or supplements they are taking. Certain medications and supplements taken together may cause unwanted or dangerous effects.

### Herbal Supplements

In general, there is not much research about herbal or natural supplements. Little is known about their effects on bipolar disorder. An herb called St. John's wort (*Hypericum perforatum*), often marketed as a natural antidepressant, may cause a switch to mania in some people with bipolar disorder.[45] St. John's wort can also make other medications less effective, including some antidepressant and anticonvulsant medications.[46] Scientists are also researching omega-3 fatty acids (most commonly found in fish oil) to measure their usefulness for long-term treatment of bipolar disorder.[47] Study results have been mixed.[48] It is important to talk with a doctor before taking any herbal or natural supplements because of the serious risk of interactions with other medications.

## What can people with bipolar disorder expect from treatment?

Bipolar disorder has no cure, but can be effectively treated over the long-term. It is best controlled when treatment is continuous, rather than on and off. In the STEP-BD study, a little more than half of the people treated for bipolar disorder recovered over one year's time. For this study, recovery meant having two or fewer symptoms of the disorder for at least eight weeks.



However, even with proper treatment, mood changes can occur. In the STEP-BD study, almost half of those who recovered still had lingering symptoms. These people experienced a relapse or recurrence that was usually a return to a depressive state.[49] If a person had a mental illness in addition to bipolar disorder, he or she was more likely to experience a relapse.[49] Scientists are unsure, however, how these other illnesses or lingering symptoms increase the chance of relapse. For some people, combining psychotherapy with medication may help to prevent or delay relapse.[42]

Treatment may be more effective when people work closely with a doctor and talk openly about their concerns and choices. Keeping track of mood changes and symptoms with a daily life chart can help a doctor assess a person's response to treatments. Sometimes the doctor needs to change a treatment plan to make sure symptoms are controlled most effectively. A psychiatrist should guide any changes in type or dose of medication.

## How can I help a friend or relative who has bipolar disorder?

If you know someone who has bipolar disorder, it affects you too. The first and most important thing you can do is help him or her get the right diagnosis and treatment. You may need to make the appointment and go with him or her to see the doctor. Encourage your loved one to stay in treatment.

To help a friend or relative, you can:

- Offer emotional support, understanding, patience, and encouragement
- Learn about bipolar disorder so you can understand what your friend or relative is experiencing
- Talk to your friend or relative and listen carefully



- Listen to feelings your friend or relative expresses—be understanding about situations that may trigger bipolar symptoms
- Invite your friend or relative out for positive distractions, such as walks, outings, and other activities
- Remind your friend or relative that, with time and treatment, he or she can get better.

Never ignore comments about your friend or relative harming himself or herself. Always report such comments to his or her therapist or doctor.

## Support for caregivers

Like other serious illnesses, bipolar disorder can be difficult for spouses, family members, friends, and other caregivers. Relatives and friends often have to cope with the person's serious behavioral problems, such as wild spending sprees during mania, extreme withdrawal during depression, poor work or school performance. These behaviors can have lasting consequences.

Caregivers usually take care of the medical needs of their loved ones. The caregivers have to deal with how this affects their own health. The stress that caregivers are under may lead to missed work or lost free time, strained relationships with people who may not understand the situation, and physical and mental exhaustion.

Stress from caregiving can make it hard to cope with a loved one's bipolar symptoms. One study shows that if a caregiver is under a lot of stress, his or her loved one has more trouble following the treatment plan, which increases the chance for a major bipolar episode.[50] It is important that people caring for those with bipolar disorder also take care of themselves.

## How can I help myself if I have bipolar disorder?

It may be very hard to take that first step to help yourself. It may take time, but you can get better with treatment.

To help yourself:

- Talk to your doctor about treatment options and progress
- Keep a regular routine, such as eating meals at the same time every day and going to sleep at the same time every night
- Try to get enough sleep
- Stay on your medication

- Learn about warning signs signaling a shift into depression or mania
- Expect your symptoms to improve gradually, not immediately.

## Where can I go for help?

If you are unsure where to go for help, ask your family doctor. Others who can help are listed below.

- Mental health specialists, such as psychiatrists, psychologists, social workers, or mental health counselors
- Health maintenance organizations
- Community mental health centers
- Hospital psychiatry departments and outpatient clinics
- Mental health programs at universities or medical schools
- State hospital outpatient clinics
- Family services, social agencies, or clergy
- Peer support groups
- Private clinics and facilities
- Employee assistance programs
- Local medical and/or psychiatric societies.

You can also check the phone book under "mental health," "health," "social services," "hotlines," or "physicians" for phone numbers and addresses. An emergency room doctor can also provide temporary help and can tell you where and how to get further help.

## What if I or someone I know is in crisis?

If you are thinking about harming yourself, or know someone who is, tell someone who can help immediately.

- Call your doctor.
- Call 911 or go to a hospital emergency room to get immediate help or ask a friend or family member to help you do these things.
- Call the toll-free, 24-hour hotline of the National Suicide Prevention Lifeline at 1–800–273–TALK (1–800–273–8255); TTY: 1–800–799–4TTY (4889) to talk to a trained counselor.

Make sure you or the suicidal person is not left alone.

## Citations

1. Kessler RC, Berglund P, Demler O, Jin R, Merikangas KR, Walters EE. Lifetime prevalence and age-of-onset distributions of DSM-IV disorders in the National Comorbidity Survey Replication. *Arch Gen Psychiatry.* 2005 Jun;62(6):593-602.

2. Akiskal HS. "Mood Disorders: Clinical Features." in Sadock BJ, Sadock VA (ed). (2005). *Kaplan & Sadock's Comprehensive Textbook of Psychiatry.* Lippincott Williams & Wilkins:Philadelphia.

3. Schneck CD, Miklowitz DJ, Miyahara S, Araga M, Wisniewski S, Gyulai L, Allen MH, Thase ME, Sachs GS. The prospective course of rapid-cycling bipolar disorder: findings from the STEP-BD. *Am J Psychiatry.* 2008 Mar;165(3):370-7; quiz 410.

4. Schneck CD, Miklowitz DJ, Calabrese JR, Allen MH, Thomas MR, Wisniewski SR, Miyahara S, Shelton MD, Ketter TA, Goldberg JF, Bowden CL, Sachs GS. Phenomenology of rapid-cycling bipolar disorder: data from the first 500 participants in the Systematic Treatment Enhancement Program. *Am J Psychiatry.* 2004 Oct;161(10):1902-1908.

5. Goodwin FK, Jamison KR. (2007) *Manic-Depressive Illness: Bipolar Disorders and Recurrent Depression, Second Edition.* Oxford University Press:New York.

6. *Constituency Survey: Living With Bipolar Disorder: How Far Have We Really Come?* National Depressive and Manic-Depressive Association. 2001.

7. Bizzarri JV, Sbrana A, Rucci P, Ravani L, Massei GJ, Gonnelli C, Spagnolli S, Doria MR, Raimondi F, Endicott J, Dell'Osso L, Cassano GB. The spectrum of substance abuse in bipolar disorder: reasons for use, sensation seeking and substance sensitivity. *Bipolar Disord.* 2007 May;9(3):213-220.

8. Mueser KT, Goodman LB, Trumbetta SL, Rosenberg SD, Osher C, Vidaver R, Auciello P, Foy DW. Trauma and posttraumatic stress disorder in severe mental illness. *J Consult Clin Psychol.* 1998 Jun;66(3):493-499.

9. Strakowski SM, Sax KW, McElroy SL, Keck PE, Jr., Hawkins JM, West SA. Course of psychiatric and substance abuse syndromes co-occurring with bipolar disorder after a first psychiatric hospitalization. *J Clin Psychiatry.* 1998 Sep;59(9):465-471.

10. Krishnan KR. Psychiatric and medical comorbidities of bipolar disorder. *Psychosom Med.* 2005 Jan-Feb;67(1):1-8.

11. Kupfer DJ. The increasing medical burden in bipolar disorder. *JAMA.* 2005 May 25;293(20):2528-2530.

12. Nurnberger JI, Jr., Foroud T. Genetics of bipolar affective disorder. *Curr Psychiatry Rep.* 2000 Apr;2(2):147-157.

13. Potash JB, Toolan J, Steele J, Miller EB, Pearl J, Zandi PP, Schulze TG, Kassem L, Simpson SG, Lopez V, MacKinnon DF, McMahon FJ. The bipolar disorder phenome database: a resource for genetic studies. *Am J Psychiatry.* 2007 Aug;164(8):1229-1237.

14. Soares JC, Mann JJ. The functional neuroanatomy of mood disorders. *J Psychiatr Res.* 1997 Jul-Aug;31(4):393-432.

15. Soares JC, Mann JJ. The anatomy of mood disorders--review of structural neuroimaging studies. *Biol Psychiatry*. 1997 Jan 1;41(1):86-106.

16. Gogtay N, Ordonez A, Herman DH, Hayashi KM, Greenstein D, Vaituzis C, Lenane M, Clasen L, Sharp W, Giedd JN, Jung D, Nugent Iii TF, Toga AW, Leibenluft E, Thompson PM, Rapoport JL. Dynamic mapping of cortical development before and after the onset of pediatric bipolar illness. *J Child Psychol Psychiatry*. 2007 Sep;48(9):852-862.

17. Hirschfeld RM. Psychiatric Management, from "Guideline Watch: Practice Guideline for the Treatment of Patients With Bipolar Disorder, 2nd Edition". http://www.psychiatryonline.com/content.aspx?aID=148440. Accessed on February 11, 2008.

18. Sachs GS, Printz DJ, Kahn DA, Carpenter D, Docherty JP. The Expert Consensus Guideline Series: Medication Treatment of Bipolar Disorder 2000. *Postgrad Med*. 2000 Apr;Spec No.:1-104.

19. Sachs GS, Thase ME. Bipolar disorder therapeutics: maintenance treatment. *Biol Psychiatry*. 2000 Sep 15;48(6):573-581.

20. Huxley NA, Parikh SV, Baldessarini RJ. Effectiveness of psychosocial treatments in bipolar disorder: state of the evidence. *Harv Rev Psychiatry*. 2000 Sep;8(3):126-140.

21. Miklowitz DJ. A review of evidence-based psychosocial interventions for bipolar disorder. *J Clin Psychiatry*. 2006 67(Suppl 11):28-33.

22. Kupka RW, Nolen WA, Post RM, McElroy SL, Altshuler LL, Denicoff KD, Frye MA, Keck PE, Jr., Leverich GS, Rush AJ, Suppes T, Pollio C, Drexhage HA. High rate of autoimmune thyroiditis in bipolar disorder: lack of association with lithium exposure. *Biol Psychiatry*. 2002 Feb 15;51(4):305-311.

23. Bowden CL, Calabrese JR, McElroy SL, Gyulai L, Wassef A, Petty F, Pope HG, Jr., Chou JC, Keck PE, Jr., Rhodes LJ, Swann AC, Hirschfeld RM, Wozniak PJ, Group DMS. A randomized, placebo-controlled 12-month trial of divalproex and lithium in treatment of outpatients with bipolar I disorder. *Arch Gen Psychiatry*. 2000 May;57(5):481-489.

24. Calabrese JR, Shelton MD, Rapport DJ, Youngstrom EA, Jackson K, Bilali S, Ganocy SJ, Findling RL. A 20-month, double-blind, maintenance trial of lithium versus divalproex in rapid-cycling bipolar disorder. *Am J Psychiatry*. 2005 Nov;162(11):2152-2161.

25. Vainionpaa LK, Rattya J, Knip M, Tapanainen JS, Pakarinen AJ, Lanning P, Tekay A, Myllyla VV, Isojarvi JI. Valproate-induced hyperandrogenism during pubertal maturation in girls with epilepsy. *Ann Neurol*. 1999 Apr;45(4):444-450.

26. Joffe H, Cohen LS, Suppes T, McLaughlin WL, Lavori P, Adams JM, Hwang CH, Hall JE, Sachs GS. Valproate is associated with new-onset oligoamenorrhea with hyperandrogenism in women with bipolar disorder. *Biol Psychiatry*. 2006 Jun 1;59(11):1078-1086.

27. Joffe H, Cohen LS, Suppes T, Hwang CH, Molay F, Adams JM, Sachs GS, Hall JE. Longitudinal follow-up of reproductive and metabolic features of valproate-associated polycystic ovarian syndrome features: A preliminary report. *Biol Psychiatry*. 2006 Dec 15;60(12):1378-1381.

28. Tohen M, Sanger TM, McElroy SL, Tollefson GD, Chengappa KN, Daniel DG, Petty F, Centorrino F, Wang R, Grundy SL, Greaney MG, Jacobs TG, David SR, Toma V. Olanzapine versus placebo in the treatment of acute mania. Olanzapine HGEH Study Group. *Am J Psychiatry*. 1999 May;156(5):702-709.

29. Thase ME, Sachs GS. Bipolar depression: pharmacotherapy and related therapeutic strategies. *Biol Psychiatry*. 2000 Sep 15;48(6):558-572.

30. Sachs GS, Nierenberg AA, Calabrese JR, Marangell LB, Wisniewski SR, Gyulai L, Friedman ES, Bowden CL, Fossey MD, Ostacher MJ, Ketter TA, Patel J, Hauser P, Rapport D, Martinez JM, Allen MH, Miklowitz DJ, Otto MW, Dennehy EB, Thase ME. Effectiveness of adjunctive antidepressant treatment for bipolar depression. *N Engl J Med*. 2007 Apr 26;356(17):1711-1722.

31. MedlinePlus Drug Information: Lithium. http://www.nlm.nih.gov/medlineplus/druginfo/medmaster/a681039.html. Accessed on Nov 19, 2007.

32. MedlinePlus Drug Information: Carbamazepine. http://www.nlm.nih.gov/medlineplus/druginfo/medmaster/a682237.html. Accessed on July 13, 2007.

33. MedlinePlus Drug Information: Lamotrigine. http://www.nlm.nih.gov/medlineplus/druginfo/medmaster/a695007.html. Accessed on February 12, 2008.

34. MedlinePlus Drug Information: Valproic Acid. http://www.nlm.nih.gov/medlineplus/druginfo/medmaster/a682412.html. Accessed on February 12, 2008.

35. MedlinePlus Drug Information: Topiramate. http://www.nlm.nih.gov/medlineplus/druginfo/medmaster/a697012.html. Accessed on Febrary 22, 2008.

36. MedlinePlus Drug Information: Gabapentin. http://www.nlm.nih.gov/medlineplus/druginfo/medmaster/a694007.html. Accessed on February 22, 2008.

37. MedlinePlus Drug Information: Oxcarbazepine. http://www.nlm.nih.gov/medlineplus/druginfo/medmaster/a601245.html. Accessed on February 22, 2008.

38. Lieberman JA, Stroup TS, McEvoy JP, Swartz MS, Rosenheck RA, Perkins DO, Keefe RS, Davis SM, Davis CE, Lebowitz BD, Severe J, Hsiao JK. Effectiveness of antipsychotic drugs in patients with chronic schizophrenia. *N Engl J Med*. 2005 Sep 22;353(12):1209-1223.

39. Llewellyn A, Stowe ZN, Strader JR, Jr. The use of lithium and management of women with bipolar disorder during pregnancy and lactation. *J Clin Psychiatry*. 1998 59(Suppl 6):57-64.

40. Viguera AC, Whitfield T, Baldessarini RJ, Newport J, Stowe Z, Reminick A, Zurick A, Cohen LS. Risk of recurrence in women with bipolar disorder during pregnancy: prospective study of mood stabilizer discontinuation. *Am J Psychiatry*. 2007 Dec;164(12):1817-1824.

41. Yonkers KA, Wisner KL, Stowe-Z, Leibenluft E, Cohen L, Miller L, Manber R, Viguera A, Suppes T, Altshuler L. Management of bipolar disorder during pregnancy and the postpartum period. *Am J Psychiatry*. 2004 Apr;161(4):608-620.

42. Miklowitz DJ, Otto MW, Frank E, Reilly-Harrington NA, Wisniewski SR, Kogan JN, Nierenberg AA, Calabrese JR, Marangell LB, Gyulai L, Araga M, Gonzalez JM, Shirley ER, Thase ME, Sachs GS. Psychosocial treatments for bipolar depression: a 1-year randomized trial from the Systematic Treatment Enhancement Program (STEP). *Arch Gen Psychiatry*. 2007 Apr;64(4):419-426.

43. Pandya M, Pozuelo L, Malone D. Electroconvulsive therapy: what the internist needs to know. *Cleve Clin J Med.* 2007 Sep;74(9):679-685.

44. *Mental Health: A Report of the Surgeon General.* U.S. Department of Health and Human Services, Substance Abuse and Mental Health Services Administration, Center for Mental Health Services, National Institutes of Health, National Institute of Mental Health. 1999.

45. Nierenberg AA, Burt T, Matthews J, Weiss AP. Mania associated with St. John's wort. *Biol Psychiatry.* 1999 Dec 15;46(12):1707-1708.

46. Henney JE. From the Food and Drug Administration: Risk of Drug Interactions With St John's Wort. *JAMA.* 2000 Apr 5;283(13):1679.

47. Stoll AL, Severus WE, Freeman MP, Rueter S, Zboyan HA, Diamond E, Cress KK, Marangell LB. Omega 3 fatty acids in bipolar disorder: a preliminary double-blind, placebo-controlled trial. *Arch Gen Psychiatry.* 1999 May;56(5):407-412.

48. Freeman MP, Hibbeln JR, Wisner KL, Davis JM, Mischoulon D, Peet M, Keck PE, Jr., Marangell LB, Richardson AJ, Lake J, Stoll AL. Omega-3 fatty acids: evidence basis for treatment and future research in psychiatry. *J Clin Psychiatry.* 2006 Dec;67(12):1954-1967.

49. Perlis RH, Ostacher MJ, Patel JK, Marangell LB, Zhang H, Wisniewski SR, Ketter TA, Miklowitz DJ, Otto MW, Gyulai L, Reilly-Harrington NA, Nierenberg AA, Sachs GS, Thase ME. Predictors of recurrence in bipolar disorder: primary outcomes from the Systematic Treatment Enhancement Program for Bipolar Disorder (STEP-BD). *Am J Psychiatry.* 2006 Feb;163(2):217-224.

50. Perlick DA, Rosenheck RA, Clarkin JF, Maciejewski PK, Sirey J, Struening E, Link BG. Impact of family burden and affective response on clinical outcome among patients with bipolar disorder. *Psychiatr Serv.* 2004 Sep;55(9):1029-1035.

## For more information on bipolar disorder

Visit the National Library of Medicine's:

MedlinePlus
> **http://medlineplus.gov**

En Español
> **http://medlineplus.gov/spanish**

For information on clinical trials for bipolar disorder:
NIMH supported clinical trials
> **http://www.nimh.nih.gov/health/trials/index.shtml**

National Library of Medicine Clinical Trials Database:
> **http://www.clinicaltrials.gov**

Clinical trials at NIMH in Bethesda, MD
> **http://patientinfo.nimh.nih.gov**

Information from NIMH is available in multiple formats. You can browse online, download documents in PDF, and order materials through the mail. Check the NIMH Web site at **http://www.nimh.nih.gov** for the latest information on this topic and to order publications.

If you do not have Internet access please contact the NIMH Information Center at the numbers listed below.

**National Institute of Mental Health**
Science Writing, Press & Dissemination Branch
6001 Executive Boulevard
Room 8184, MSC 9663
Bethesda, MD 20892-9663
Phone: 301–443–4513 or
1–866–615–NIMH (6464) toll-free
TTY: 301–443–8431
TTY: 866–415–8051 toll-free
FAX: 301–443–4279
E-mail: nimhinfo@nih.gov
Web site: **http://www.nimh.nih.gov**

**Reprints:**

This publication is in the public domain and may be reproduced or copied without permission from NIMH. We encourage you to reproduce it and use it in your efforts to improve public health. Citation of the National Institute of Mental Health as a source is appreciated. However, using government materials inappropriately can raise legal or ethical concerns, so we ask you to use these guidelines:

- NIMH does not endorse or recommend any commercial products, processes, or services, and our publications may not be used for advertising or endorsement purposes.

- NIMH does not provide specific medical advice or treatment recommendations or referrals; our materials may not be used in a manner that has the appearance of such information.

- NIMH requests that non Federal organizations not alter our publications in ways that will jeopardize the integrity and "brand" when using the publication.

- Addition of non Federal Government logos and Web site links may not have the appearance of NIMH endorsement of any specific commercial products or services or medical treatments or services.

If you have questions regarding these guidelines and use of NIMH publications, please contact the NIMH Information Center at 1–866–615–6464 or e-mail at nimhinfo@nih.gov.

The photos in this publication are of models and are used for illustrative purposes only.



**NIMH**
National Institute
of Mental Health

U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES
National Institutes of Health
NIH Publication No. 08-3679
Revised 2008