UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA

v.                                         Case No. 6:08-cr-177-Orl-40TBS

ANGEL CRUZ

## STATUS REPORT

The United States of America, by and through the undersigned Assistant United States Attorney, hereby files this Status Report as ordered by this Court on June 7, 2013 (Doc. 91) and states the following:

1. On August 6, 2008, Angel Cruz was Indicted for Bank Fraud and Conspiracy. A warrant was obtained for Cruz's arrest based upon said indictment. At that time, Cruz was believed to be living in the Miami area. Numerous attempts to locate Cruz in the Miami and Orlando area have been fruitless. It is believed that Cruz has fled to Cuba.

2. In fall of 2016, The United States Secret Service (USSS) conducted an internet and law enforcement databases checks in an attempt to locate Cruz with negative results. Also, a check for border crossings was conducted with negative results.

3.  It is believed that Cruz has fled to his birth country of Cuba to avoid prosecution in the United States.  While the United States and Cuba have an existing extradition treaty, this treaty has been in abeyance for decades.  Nonetheless, because the evidence and witnesses are still available to prosecute this matter in the event Cruz is apprehended, the United States requests that the matter remain open.

                                        Respectfully submitted,

                                        A. LEE BENTLEY, III
                                        United States Attorney

By:   *s/ Vincent S. Chiu*
       Vincent S. Chiu
       Assistant United States Attorney
       Florida Bar Number 0084936
       400 W. Washington Street, Suite 3100
       Orlando, Florida 32801
       Telephone:   (407) 648-7500
       Facsimile:   (407) 648-7643
       E-mail:       vincent.chiu@usdoj.gov